JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ION MEDIA NETWORKS, INC., D/B/A BOUNCE MEDIA, LLC, a Delaware corporation, Plaintiff/Counterdefendant,<br><br>v.<br><br>COPPER BEECHES, INC. a California corporation,<br><br><br><br>Defendant/Counterclaimant. | Case No. 2:24-cv-00819-RGK-PD<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL [45]**<br><br>*The Hon. R. Gary Klausner* |

Having considered the parties Stipulation of Dismissal, and finding good cause, the Court hereby orders the above-captioned action dismissed with prejudice pursuant to Fed. R. C . P. 41(a)(1)(A)(ii), with each side to bear its own costs, expenses, and fees. This Court retains jurisdiction solely to enforce any settlement terms between the parties. Absent further order of the Court, this action will be terminated on February 27, 2026. All dates in this action, including the trial date, are hereby vacated.

**IT IS SO ORDERED,** this ___2___ day of ___OCTOBER___, 2024.

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE